Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00572-CV

____________

 

WENDELL RYCHLIK, Appellant

 

V.

 

LONE STAR STRIPING & PAVING, LLC, Appellee

 



 

On Appeal from the 270th District Court 

Harris County,
Texas

Trial Court Cause
No. 2007-43656

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 25, 2009.  On
July 16, 2009, this court ordered the parties to mediate this case.  On July
30, 2009, appellant filed a motion to dismiss the appeal because the issues in
the appeal have been settled.  Tex. R. App. P.
42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Yates, Frost and Brown.